v. Frank Fribbins.— Motions denied on condition that appellants have their appeals ready for argument at the March term.   Orders filed.

Gilbert W. Minor v. W. Morton Garden.— Motion granted, with ten dollars costs.   Order filed.

Murray Carson v. Shubert Theatrical Company.— Motion granted, with ten dollars costs.   Order filed.

In the Matter of Sarah Ann Waters.— Motion denied, upon payment of ten dollars costs, and upon condition that appellant have his appeal ready for argument at the March term.   Order filed.

Maurice Berger v. Camille Weidenfeld and Another.   Maurice Berger v. Camille Weidenfeld and Another.— Motion denied, with ten dollars costs. Orders filed.

Sidney C. Chambers v. George B. Boyd, as Executor.— Motion denied, with ten dollars costs.

The People of the State of New York v. Charles M. Colmey.— Motion granted. Order filed.

William B. Franklin v. Joseph H. Hoadley.— Motion granted.   Order filed.

In the Matter of John Slater, Deceased.— Motion granted, without costs. Settle order on notice.

Sarah Meyerhoffer v. Hyman D. Baker.— Application granted.   Order signed.

Margaret O'Connor v. The City of New York.   John E. O'Connor v. The City of New York.— Application granted on plaintiffs stipulating that upon affirmance judgment absolute shall be rendered against them.   Order signed.

Julius M. Ferguson v. Franklin Bien.   Solomon Lederer v. Interurban Street Railway Company.   Annie Dillon v. Interurban Street Railway Company.   Isaac Weisburg v. Interurban Street Railway Company.   Minnie Link v. Interurban Street Railway Company.   Edward Walsh v. Union Railway Company.   Simon Schonwetter v. Interurban Street Railway Company.   John H. Holling v. Interurban Street Railway Company.   John Murray v. New York Central and Hudson River Railroad Company.   Sayles Zahn Company v. Solomon Sayles (2 cases). Caro G. Hanson v. Eliza Smith.   Owen Treanor v. New York Breweries Company.   Arthur H. Jones v. Augusta M. Walker.   Hugh Hill v. Charles Muller. Carlos Garcia v. Aaron Morris.— Applications denied, with ten dollars costs in each case.   Orders signed.

In the Matter of Michael O'Sullivan.— Reference ordered.   Order filed.

The People of the State of New York, Respondent, Appellant, v. Jordan L. Snedecor and Others, Appellants, Respondents.— Judgment affirmed, with costs, on the authority of *People* v. *Weinstock* (*ante*, p. 168), decided herewith.   Order filed.

In the Matter of the Application of the People of the State of New York ex rel. Alexander Werner, Appellant, v. The West Side Brotherly Love Congregation and Benefit Society, Respondent.— Judgment affirmed, with costs, with leave to the relator to withdraw demurrer on payment of costs in this court and in the court below.   No opinion.   Order filed.